LAW OFFICE OF
# JOHN F. CARMAN

666 OLD COUNTRY ROAD  
SUITE 501  
GARDEN CITY, NEW YORK 11530

TELEPHONE (516) 683-3600  
FACSIMILE (516) 683-8410  
JOHN@JOHNCARMANLAW.COM

July 19, 2016

**VIA ECF**  
Magistrate Judge Anne Y. Shields  
United States District Court  
Eastern District Of New York  
100 Federal Plaza  
Central Islip, New York 11722

           *Re:*    *Town of Islip v. Thomas Datre, Jr. et. al.*  
                  *Case No. 16-Cv-2156 (JFB) (AYS)*

Dear Judge Shields:

    I am the attorney for Ronald Cianciulli and Atlas Home Improvement Corporation of Long Island in the above referenced matter.

    I am respectfully requesting an extension of time for Ronald Cianciulli and Atlas Home Improvement Corporation of Long Island to answer or otherwise respond to the Complaint until July 22, 2016. Guy William Germano, Esq., counsel for plaintiff and he has consented to such an extension. My clients have previously waived any defects with regard to service of process.

    Thank you for your consideration.

Very truly yours,

/s/ John F. Carman  
JOHN F. CARMAN

JFC/ams

cc: All Parties (Via ECF)